In the United States
#4 District Court of PA  15BH/BSC  NO ECF
NO IFP

Plntiff: nathan Haye 167618
950 2nd Ave, 15219        Civil 18-800
V.                              PGS- 1-26

Defendants: Deputy Warren
Deputy Long, Oversees Medical
Allegheny County Medical Staff,
950 2nd Ave, 15219   RECEIVED    Judge:
                                 Cynthia Reed
                     JUN 19 2018  EDDY
                     CLERK, U.S. DISTRICT COURT
                     WEST. DIST. OF PENNSYLVANIA

What Court Sentnced you?
      Waity on Trial - 6-12-18

Is this your 1st Lawsuit?
      yes

Why are you filing this Lawsuit?
   Violation of my 8th admt
   constitul right, and claim
              cruel unusl pnshmt

In the Western District court of the United States of Pennsylvania.

Nathin Hyde 167618
950 Nelmer, 15219                } Civil

v

Allegheny County medical         } Judge: cynthia
staff dept                       } reed EDDY

② explain situations. Since Ally 18-2018 1-8-18 coming to Allegheny County Jail. I have a mice, and Postess in my Intstnl, stomach that eats all my food and causes me daily pain everyday. Such as systems as Truble breathing, hungyness. New Ganing weight.

In the Western District of the US district
Court of Pennsylvania

| | |
|---|---|
| Nathan Hyett 167618 950 Delaney 15219 | civil |
| Allegheny County medical staff/defendants | Judge Cynthia Reed, EDPA |

(3)

Cont focus during the course of the days. Tremendous pain all day long. I've reached out to medical regarding the pain and symptoms I go through and medical refuses to treat, and claims nothing wrong and that It's a mental thing →

In the Western district of the US District cout of pensylva

Nathan Hye 1687618
950 nelmer 15219         } Civil #

v

Allgheny Canty medul stuff; cythia reed EDDY

(4)

I, urgently seek, for the courts tw Grant me tw Go tw a outside hospital for medul purposes to have my body evaulated to Get the Pusits. mue cut my stomach Intnsl, which Is a violation of the

In The Courts of the United States
client cort of pa

Nathan Akye 1167618
950 Ndume, 15214

} Civil

Allegheny County medical
Staff. dept et

} Judge
Cynth Reed Ebry

⑤ To Ignore, my sick calls and requests, ) complaints. that Is cruel unusual punishmt leaving me Left alone with these systems two nott. and allow my Body to Get worst. Violation of 8th Celmnt @ constutnl rights I Seek for the Courts two →

In the ~~[illegible]~~

Nathan Aselsagus } CWL
850 7el ave, 15214

Allegheny County medll } centh med
staff deft et        body

(12)

Trouble breathing, always hungry, feel vibration in my stomach daily, feel tightness in my stomach like, something I know is there, shuld be there, acl I do →
have a mice in

In The United States District Court for Pa

Nathan Hoye 160618
950 Ned Avler 15219  } Civil
v.

Allegheny Cnty Medical
Staff cliff ect  }

⑬

In my rectum, I feel unseeable mue gumy in my rectum all day long now, stopp It will show in my labs. And once I Go to a outside hospital exactly what Im complaing about stats as a fact by Law

In the united district of Elizabeth Pa

| Nathan He 167618 950 nd ave. 15214 | } | Civil |
|---|---|---|
| Allegheny County Medical Stath dpt. et al | } | Cynthia reel EDDY |

(14)

1, Seek, Immediate relief to curtale medal tratmt bring my Health relapse, and quest to Improve the act county jail has Someone abuse me in 2015-2016 20%, flushing a unknown chemical down my drun to the well 104 6f I am in. Becase the water I drink →

In the US District Court
of Pennsylvania

Nathan Be 167618
950 Ndeune, 15214 } Civil

V.

Allegheny City medical
Staff duplet

is

Its making my body spit it up, insted of piss and is like a funnish color I am spitz back up. when I know is not water, Its like a crease in the water and placing #4 #a my food two

nat 167618

In the United States District Court of Pa

Nathan Hyle 167618

Allgheny County medical
sick dept

Civil

(16) My Stomach, Intestinal, hurt on a 24, Hours basic, medical died LaB work about 2 months ago. states that my Labs are normal, and that I am just mentally Ill, but the cruel pain I be Thyh on a deuly basis IS unreal I knew once I get to a cutside hospital they will see I have mice pests in my Intnals stomach and needs cut asap allghny cnty medcal sikh depty Long →

Nathan Hyde 167618
950 rcl anney 15214 } Civil

v.

Allgy Cnty mnhl
Switch pket

(A) Who oversees mehl refuses to treat and allows It to Get worst Everyday which Is cruel usual pshmt. violation of my 8th admt rght. Under the 8th admt we are entitle to adquate mehl care and prpr mehcal Trtmnt. and which all been dnied and Israel →

In The Corts of Westmorland Cots of pa

Nathan Hye 167618
950 nd auy 15219

v

Allegheny Cnty
medil Stth et

} Civil

} Fuelie
} Cynth need Elyy

20) Eighth about, amendments we are entitle to adequate medil care, Trehnt which Allghny cnty medil Stth refuses to Give me that adeute medil cre by A- not sneling me to a outside hospitl to check on my Intnsl Stomach and Get the mice out my Stomach, rectum and pinsits. refuses to Test me for pasits only Stts all Labs are numal and the systms. I develpe all day Long. bysy, throbbing ness in my Stomach, feel insensble mice entr my rectum 24/7 all day. ACJ medil leaves me to roth cruel crusul pishnt